## AMSDEN v. THE STATE.

From the Henry Circuit Court.

D. W. Chambers and E. Saint, for appellant.

C. A. Buskirk, Attorney General, for the State.

WORDEN, J.—Information against the appellant for selling intoxicating liquor to James H. Bock, the latter being a minor. Trial and conviction.

The case is before us on the evidence. There is no evidence in the record that Bock was a minor. This element in the case should have been, but was not, proved. A motion which was made for a new trial should have prevailed.

The judgment below is reversed, and the cause remanded for a new trial.